# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE STARK,<br><br>    Plaintiff,<br><br>  v.<br><br>COVINGTON RIDGE FINANCIAL, LLC,<br><br>    Defendant. | Case No. 19-cv-1871-BAS-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 4]** |

Presently before the Court is Plaintiff Collette Stark and Defendant Covington Ridge Financial, LLC's Joint Motion to Dismiss. (ECF No. 4.) The parties have settled this matter and seek to dismiss it with prejudice. Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated, each party shall bear its own costs and attorneys' fees. The Clerk is instructed to close the file.

**IT IS SO ORDERED.**

DATED: November 4, 2019

Hon. Cynthia Bashant
United States District Judge